55951. HARPER v. THE STATE.

WEBB, Judge.

Appellant having failed to respond to this court's directive to file a brief and enumeration of errors, the appeal remains unperfected and must be dismissed. Rule 14 (a), this court (Code Ann. § 24-3614 (a)); *Grant v. State,* 139 Ga. App. 793 (229 SE2d 674) (1976).

*Appeal dismissed. Quillian, P. J., and McMurray, J., concur.*

DECIDED MAY 23, 1978.

*John McGuigan,* for appellant.
*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Assistant District Attorney,* for appellee.